IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN M. DONAHUE, | : | Civil No. 1:18-cv-0839 |
| Plaintiff, | : | |
| v. | : | |
| DAUPHIN COUNTY, et al., | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**.

2) The complaint is **DISMISSED WITH PREJUDICE** for failure to state a cause of action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3) The Clerk of Court shall close this file.

4) Any appeal taken from this order is deemed frivolous and not in good faith.

                                          s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge

Dated: July 2, 2018